AO 106A  (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
## for the
District of Maryland

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

Information Associated With An Account That Is Stored
At Premises Controlled By Apple, Inc.

)
)
)
)
)
)
)

Case No. 25-mj-03153

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

2:45 pm, Feb 11 2026

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DG _____ Deputy

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A-3

located in the _____ Northern _____ District of _____ California _____, there is now concealed *(identify the person or describe the property to be seized)*:

See attachment B-3

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Distribution Of Child Pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession Of Child Pornography |
| 18 U.S.C. § 2250(a) | Failure To Register As A Sex Offender |

The application is based on these facts:

See affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Grace C. Meyer*

*Applicant's signature*

Grace Meyer, SA, FBI

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ telephone _____ *(specify reliable electronic means).*

Date: December 5, 2025

*Judge's signature*

City and state: Baltimore, Maryland

Hon. Chelsea J. Crawford, U.S. Magistrate Judge

*Printed name and title*